UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

12 DEC 18 AM 8:55

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

JOSE LUIS ROLDAN-GIL (1),

        Defendant.

CASE NO. 11CR5288-JLS

JUDGMENT OF DISMISSAL

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

 X   the Court has granted the motion of the Government for dismissal, without prejudice; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

 X   of the offense(s) as charged in the Indictment:

8 USC 1326 Deported alien found in the United States

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED:

HONORABLE JANIS L. SAMMARTINO
UNITED STATES DISTRICT JUDGE